UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-02304-SSS-SPx | Date | July 19, 2024 |
| Title | Estate of Anthony Ray Lopez, Sr., et al. v. City of Ontario, et al. | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | RS-CS-2 (7-19-24) |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
Christian M. Contreras   Deena Zaki

**Proceedings:   ZOOM HEARING RE:  DEFENDANT BRENDON BRIGGS' MOTION TO DISMISS THIRD AMENDED COMPLAINT [Dkt. 52]**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  For the reasons stated on the record, the Court **GRANTS** the motion.  The Third Amended Complaint is **DISMISSED with prejudice,** as to Defendant Brendon Briggs.

**IT IS SO ORDERED.**

Time:  00:12
Initials of Preparer: iv