UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-02304-SSS-SPx | Date | August 26, 2024 |
|---|---|---|---|
| Title | *Estate of Anthony Ray Lopez Sr., et al. v. City of Ontario, et al.* | | |

Present: The Honorable     SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY THIS ACTION SHOULD NOT BE DISMISSED AS TO REMAINING DEFENDANTS [DKT. 52]**

On June 7, 2024 Plaintiffs filed their Third Amended Complaint against Defendant Briggs and Does 1-10. [Dkt. 51]. On June 20, 202 Defendant Briggs filed a Motion to Dismiss and on the hearing on July 19, 2024 the Court granted the Motion as to Defendant Briggs. [Dkt. 52, 56]. As of this Order, the only Defendants remaining in the case are Does 1-10. As such, the Court **ORDERS** Plaintiffs to show cause in writing why the Court should not dismiss Plaintiffs' case as to the remaining Doe Defendants. Accordingly, Plaintiffs are **ORDERED** to respond in writing on or before **September 6, 2024**. Plaintiffs' failure to respond or file a satisfactory response may result in the dismissal of this action.

**IT IS SO ORDERED.**