JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | 5:23-cv-02304-SSS-SPx | Date | September 16, 2024 |
|---|---|---|---|
| Title | *Estate of Anthony Ray Lopez Sr., et al. v. City of Ontario, et al.* | | |

Present: The Honorable **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:   (IN CHAMBERS) ORDER CLOSING CASE [DKT. 61]**

On August 26, 2024, the Court issued an Order to Show Cause as to Why this Action Should Not be Dismissed as to Remaining Defendants Does 1-10. [Dkt. 60]. On August 6, 2024, Plaintiff Estate of Estate of Anthony Ray Lopez filed a Response (the "Response"). [Dkt. 61]. The Response stated that Plaintiff believes this action should be fully dismissed given this Court's ruling on Defendant's Motion to Dismiss. *Id.*; [Dkt. 56]. As such, the Court finds that the case is hereby **CLOSED.**

   **IT IS SO ORDERED.**